UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 12-06982 DMG (FFMx)** | Date | August 21, 2012 |
| Title | *VIM, L.P. d/b/a Ventura Isle Marina v. Mark Daniel Born, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO VENTURA COUNTY SUPERIOR COURT**

On February 14, 2012, Plaintiff VIM, LP, a California limited partnership, filed a complaint for breach of contract in Ventura County Superior Court against Defendant Mark Daniel Born, a Nevada resident. On March 28, 2012, Defendant filed a counterclaim (styled a "cross-complaint" in state court) for unlawful seizure of a vessel and loss of wages, which he amended on June 18. On August 13, 2012, Plaintiff/Counter-defendant removed the action to this Court on the basis of diversity jurisdiction.

Under 28 U.S.C. § 1441(a), a civil action "may be removed by the defendant or the defendants." In *Shamrock Oil & Gas Corporation v. Sheets*, 313 U.S. 100, 61 S.Ct. 868, 85 L. Ed. 1214 (1941), the United States Supreme Court held that the statute precludes "removal by a state-court plaintiff who 'was in point of substance a defendant to the cause of action asserted in the counterclaim.'" *Westwood Apex v. Contreras*, 644 F.3d 799, 805 (9th Cir. 2011) (quoting *Shamrock Oil*, 313 U.S at 104). "Since *Shamrock Oil*, the law has been settled that a counterclaim defendant who is also a plaintiff to the original state action may not remove the case to federal court." *Id.*

Therefore, the Plaintiff/Counter-defendant is hereby **ORDERED TO SHOW CAUSE** why this action should not be remanded to Ventura County Superior Court for improper removal. Plaintiff/Counter-defendant shall file its response by no later than **September 4, 2012**. **Failure to file a timely satisfactory response will result in the remand of this action.**

**IT IS SO ORDERED.**